UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 388 RWS |
| | ) | |
| MARVIN PEEBLES MASONRY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

On May 22, 2014, I issued an order directing Defendant to produce documents to Plaintiffs' counsel no later than June 22, 2014. Plaintiffs have filed a motion for contempt asserting that Defendant has failed to comply with that order.

Accordingly,

**IT IS HEREBY ORDERED that** a hearing of Plaintiffs' motion for contempt [# 17] is set on **June 11, 2014 at 10:30 a.m.** in Courtroom 16 South. Defendant's principal officer, Marvin Peebles must appear in person at this hearing and must bring the documents Plaintiffs seek with him to Court. If Marvin Peebles fails to appear at the hearing, I will order the United States Marshal Service to take him into custody and deliver him to the Court.

**IT IS FURTHER ORDERED that** Plaintiffs' must serve a copy this order on Defendant no later than **June 9, 2015** and file an affidavit stating that service was completed.

**IT IS FURTHER ORDERED that** the Clerk of Court shall send a copy of this order to the three entities listed in Plaintiffs' certificate of service in document number 18.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2015.